180    APPELLATE COURTS OF ILLINOIS.

Lindskog v. Conrad Seipp Brew. Co., 187 Ill. App. 180.

## Thomas Lindskog, Defendant in Error, v. Conrad Seipp Brewing Company, Plaintiff in Error.

### Gen. No. 19,552.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. J. K. PRINDI-VILLE, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed May 25, 1914.

### Statement of the Case.

Action by Thomas Lindskog against the Conrad Seipp Brewing Company, a corporation, for attorney's fees claimed to be due him in representing Laura Robinson in the prosecution of a claim against defendant for personal injuries. Plaintiff had a contract with Laura Robinson whereby he was appointed by her to represent her in prosecuting said claim against the defendant, and it was agreed that he should receive fifty per cent. of the gross amount realized on such claim if settled with his approval in writing, otherwise a reasonable sum of money for his services, "and at all events not to be less than said per cent." Plaintiff gave the defendant proper notice of such contract. Miss Robinson gave plaintiff notice that she did not require his services any longer and settled with defendant and was paid five hundred dollars in satisfaction of her claim. Plaintiff recovered a judgment against defendant for $250. To reverse the judgment, defendant brings error.

F. J. CANTY, for plaintiff in error; R. P. GARRETT, of counsel.

M. L. IGOE, for defendant in error.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

## Abstract of the Decision.

1. ATTORNEY AND CLIENT, § 150*—*right of attorney to enforce lien for attorney's fees.* Where an attorney contracted with his client to prosecute a claim for personal injuries against a company and gave the company notice of his contract and the client thereafter settled with the company, *held* that the attorney could require the company to account to him in an action at law for the amount of his lien for attorney's fees as provided by the contract.

2. ATTORNEY AND CLIENT, § 114*—*contract construed as to amount of compensation.* A written agreement between an attorney and his client whereby the client agreed that the attorney should be entitled to fifty per cent. on the gross amount realized on his client's claim for personal injuries if settled with his approval in writing, otherwise a reasonable sum of money for his services," and at all events not to be less than said per cent.," construed to entitle the attorney to not less than fifty per cent. of the amount realized where the client dismissed him and herself settled the claim.